### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Colin Sholes, *et al.*, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>Torchlight Technology Group, LLC, *et al.*, <br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-04187-JHS |

### TORCHLIGHT TECHNOLOGY GROUP, LLC'S AND INDEPENDENCE HOLDING COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND FOR FEES AND COSTS

　　　Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Torchlight Technology Group, LLC ("TTG") and Independence Holding Company ("IHC") (collectively, "Moving Defendants"), by and through undersigned counsel, respectfully move this Court for an Order dismissing Plaintiffs' First Amended Civil Action Complaint (the "Complaint") and, pursuant to Federal Rule of Civil Procedure 41(d), awarding Moving Defendants their costs and attorneys' fees incurred in defending the two prior complaints docketed in *Sholes, et al. v. Torchlight Technology Group, LLC, et al.*, No. 2:21-cv-01294 (GJP). The factual and legal support for this Motion is set forth in the accompanying Memorandum of Law, which is incorporated herein by reference. Moving Defendants request oral argument on this Motion pursuant to Local Rule 7.1(f).

　　　**WHEREFORE**, Moving Defendants respectfully request this Court enter an Order granting this Motion, dismissing Plaintiffs' Complaint in its entirety, with prejudice, and awarding

Moving Defendants the fees and costs they incurred in defending the two prior complaints docketed at *Sholes, et al. v. Torchlight Technology Group, LLC, et al.*, No. 2:21-cv-01294 (GJP).

Dated: New York, New York
December 7, 2021

    Respectfully submitted,

    CLYDE & CO US LLP

    By: */s/ Jeffrey C. Fegan*
        Jeffrey C. Fegan
    The Chrysler Building
    405 Lexington Avenue, 16th Floor
    New York, New York 10174
    Tel: (212) 710-3900
    Fax: (212) 710-3950
    Email: jeffrey.fegan@clydeco.us

    *Attorneys for Defendants Torchlight Technology Group, LLC and Independence Holding Company*