IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Colin Sholes, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Torchlight Technology Group, LLC, *et al.*,<br><br>                              Defendants. | Case No. 2:21-cv-04187-JHS |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2021, upon consideration of Torchlight Technology Group, LLC's and Independence Holding Company's Motion to Dismiss Plaintiffs' Complaint and for Fees and Costs, and any response thereto, it is hereby **ORDERED** as follows:

1. Defendants Torchlight Technology Group, LLC's and Independence Holding Company's Motion to Dismiss Plaintiffs' Complaint and for Fees and Costs is **GRANTED**;

2. Plaintiffs' First Amended Civil Action Complaint (Dkt. 1) is hereby **DISMISSED**, with prejudice; and

3. Defendants Torchlight Technology Group, LLC and Independence Holding Company shall file a Declaration setting forth the fees and costs they incurred in defending the two prior complaints docketed in *Sholes, et al. v. Torchlight Technology Group, LLC, et al.*, No. 2:21-cv-01294 (GJP), within fourteen (14) days of the date of this Order.

_____
Joel H. Slomsky, Senior Judge