IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURE CONSULTING, LLC, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> TORCHLIGHT TECHNOLOGY GROUP LLC, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> NO. 21-04187 |

## ORDER

**AND NOW**, this 23rd day of February 2023, upon consideration of Defendants' Motions to Dismiss for Failure to State a Claim and for Fees and Costs (ECF 2, 9), Plaintiffs' Responses (ECF 6, 10), and Defendants' Reply (ECF 8), it is hereby **ORDERED** that:

1. Defendants' Motions (ECF 2, 9) are **GRANTED.**

2. Plaintiffs' Copyright Infringement claim (Count IV) is **DISMISSED WITH PREJUDICE.**

3. Plaintiffs' state law claims (Counts I–III; V–IX) are **DISMISSED WITHOUT PREJUDICE.**

4. Defendants may file a petition for attorneys' fees and costs incurred in defending the prior litigation on or before **March 23, 2023**. Plaintiffs may file a response on or before **March 30, 2023**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.